No. 730. W. K. EPHRAIM ET AL. *v.* NEVADA AND CALIFORNIA LAND AND LIVE STOCK COMPANY ET AL. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied for failure to file the petition within the time prescribed by the statute. *Mr. Charles J. Kappler* for petitioners. *Mr. Edward Hohfeld* for respondents.

⸻

No. 720. MISHAWAKA WOOLEN MANUFACTURING COMPANY *v.* FEDERAL TRADE COMMISSION. January 8, 1923. *Per Curiam.* The petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit is denied. The Solicitor General, in his brief for the Federal Trade Commission, concedes that the order affirmed by the Circuit Court of Appeals is broader than the decision in *Federal Trade Commission* v. *Beech-Nut Packing Co.*, 257 U. S. 441, 455, which the Circuit Court of Appeals followed in dismissing the petition for the Woolen Manufacturing Co. The Court denies the application for writ of certiorari herein, assuming that the Federal Trade Commission will modify its order accordingly, and without prejudice to an application for that purpose by the petitioner. *Mr. Henry E. Bodman* for petitioner. *Mr. Solicitor General Beck* and *Mr. W. H. Fuller* for respondent.

⸻

No. 746. F. E. MARKELL *v.* D. M. HERTZOG ET AL. January 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank Davis, Jr.,* and *Mr. E. C. Higbee* for petitioner. *Mr. A. Leo Weil* for respondents.